Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of South Carolina**

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | Never Forget Brands, LLC | |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Gameday Spirits <br> Gameday Vodka <br> Gameday | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 83-4413083 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2202 Waterway Blvd. | |
| Number     Street | Number     Street |
| | P.O. Box |
| Isle Of Palms     SC     29451 | |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Charleston County | |
| County | Number     Street |
| | City     State     ZIP Code |

| | | |
|---|---|---|
| 5. **Debtor's website** (URL) | gamedayspirits.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ | |

| Debtor | Never Forget Brands, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

312100

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

         District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                                           MM / DD / YYYY

         Case number, if known _____

| Debtor | Never Forget Brands, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Never Forget Brands, LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/10/2024
MM / DD / YYYY

✘ /s/ Zachary David                    Zachary David
Signature of authorized representative of debtor          Printed name

Title  Manager

---

**18. Signature of attorney**

✘ /s/ Christine E. Brimm          Date  07/10/2024
Signature of attorney for debtor                MM / DD / YYYY

Christine E. Brimm
Printed name
Barton Brimm, PA
Firm name
P.O. Box 14805
Number      Street
Myrtle Beach                    SC        29587
City                            State      ZIP Code
8032566582                      cbrimm@bartonbrimm.com
Contact phone                   Email address

SC 6569 / FED 6313              SC
Bar number                      State

---

DocuSign Envelope ID: 4B39DAF2-5F07-46F3-97D2-E8F224F0EE69

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                      )
                                            )
Never Forget Brands, LLC,                   )         Case # 24-_____
                                            )
_____ Debtor.    )         Chapter 11

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7007.1, Never Forget Brands, LLC discloses that it does not have a parent corporation, and discloses that the following publicly held corporation(s) owns 10% or more of its equity interests:

None

Dated:_____    7/8/2024                Never Forget Brands, LLC


By:_____
Zachary David, Manager

# RESOLUTION OF THE MEMBER(S)

## OF

## NEVER FORGET BRANDS, LLC

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Whereas, only Unitholders with Common Units have voting power under the operating agreement in effect for the company; and

Whereas, Zachary David is the only Unitholder with Common Units, and therefore is the only member with power to vote;

Be It Therefore Resolved, that **Zachary David, as Sole Member** of this limited liability company **with Authority to Vote**, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Zachary David, as Sole Member** of this limited liability company **with Authority to Vote**, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be It Further Resolved, that **Zachary David, as Sole Member** of this limited liability company **with Authority to Vote**, is authorized and directed to employ **Christine E. Brimm,** attorney and the law firm of **Barton Brimm, PA** to represent the company in such bankruptcy case.

Signed and agreed by all of the Members of Never Forget Brands, LLC, having authority to vote:

Date: 7/3/2024 _____

Signed: _Zach David_ _____
**Zachary David**
**Sole Member with Authority to Vote**

**Fill in this information to identify the case:**

Debtor name ___Never Forget Brands, LLC___

United States Bankruptcy Court for the: ___District of South Carolina___
                                              (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ..............................................................    $ 14,870,259.04

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................    $ 14,870,259.04

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................    $ 4,877,624.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ....................................    $ 307,979.39

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................    +$ 8,538,589.80

4. **Total liabilities** ......................................................................................................    $ 13,724,193.19
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _Never Forget Brands, LLC_

United States Bankruptcy Court for the: _District of South Carolina_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pavisa USA, LLC 1989 NW 88 Court, Suite 101 Miami, FL, 33172 | | | | | | 2,153,742.00 |
| 2 | Learfield Communications, LLC P.O. Box 843038 Kansas City, MO, 64184 | | | | | | 2,100,000.00 |
| 3 | The Acceleration Group, LLC 4 Market Square Street Apt. 403 Knoxville, TN, 37902 | | | | | | 1,016,018.00 |
| 4 | Buffalo Bills, LLC One Bills Drive Orchard Park, NY, 14027 | | Judgment Liens | | | | 560,000.00 |
| 5 | Stadium Management Compnay 1701 Bryant Street Denver, CO, 80204 | | | | | | 500,000.00 |
| 6 | Kraft Sports and Entertainment, LLC One Patriot Place Foxboro, MA, 02035 | | Judgment Liens | | | | 450,000.00 |
| 7 | Revel Xp, LLC P.O. Box 21528 Winston Salem, NC, 27120 | | Judgment Liens | | | | 377,678.77 |
| 8 | Internal Revenue Service Payroll Taxes 1111 Constitution Avenue Northwest Washington, DC, 20224 | | Taxes & Other Government Units | | | | 250,000.00 |

Debtor    Never Forget Brands, LLC
_____    Case number (*if known*)_____
    Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | American Express 200 Vesey Street New York, NY, 10285 | | | | | | 181,183.53 |
| 10 | Horizon Beverage Company, Inc. 45 Commerce Way Norton, MA, 02766 | | | | | | 150,000.00 |
| 11 | Baltimore Ravens 1 Winning Drive Owings Mills, MD, 21117 | | | | | | 150,000.00 |
| 12 | New Orleans Saints 5800 Airline Drive Metairie, LA, 70003 | | | | | | 150,000.00 |
| 13 | Indianapolis Colts, Inc. 7001 W. 56th Street Indianapolis, IN, 46254 | | | | | | 110,000.00 |
| 14 | US Small Business Administration 2 North 20th Street, Suite 320 Birmingham, AL, 35203 | | | | | | 97,400.00 |
| 15 | Brand Muscle, Inc. 233 South Wacker Drive, Suite 5650 Chicago, IL, 60606 | | | | | | 97,047.05 |
| 16 | Law offices of L.W. Cooper, Jr. 36 Broad Street Charleston, SC, 29401 | | | | | | 81,503.25 |
| 17 | Hans Kennon 341 Brantley Club Place Longwood, FL, 32779 | | | | | | 50,000.00 |
| 18 | Department of the Treasury Alcohol and Tobacco Tax 425 Hurffville-Cross Keys Road #8669, US Post Office Blackwood, NJ, 08012 | | Taxes & Other Government Units | | | | 50,000.00 |
| 19 | Bank of America Mastercard Travel Rewards P.O. Box 660441 Dallas, TX, 75266 | | | | | | 35,764.25 |
| 20 | Bank of America Mastercard Travel Rewards P.O. Box 660441 Dallas, TX, 75266 | | | | | | 34,215.29 |

**Fill in this information to identify the case:**

Debtor name ___Never Forget Brands, LLC___

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 9  8  5  7 | $ 0.00 |
| 3.2. | First Bank | Checking | 0  2  4  1 | $ 2,841.00 |

4. **Other cash equivalents** *(Identify all)*

    4.1. _____    $_____
    4.2. _____    $_____

5. **Total of Part 1**    $ 2,841.00

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1. _____    $_____
    7.2. _____    $_____

Debtor    Never Forget Brands, LLC _____    Case number *(if known)* _____

Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
face amount                doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔    $_____
face amount                doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. Everyday is Gameday Foundation, Inc.    100 ___ %    _____    $ 0.00

15.2. _____    _____ %    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 0.00

---

Debtor    Never Forget Brands, LLC _____    Case number (if known)_____
          Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> 224,323 cases | 06/15/2023 <br> MM / DD / YYYY | $ 5,608,075.00 | | $ 5,608,075.00 |
| 20. **Work in progress** <br> 4 Proprietary Glass Bottle Molds | 05/08/2021 <br> MM / DD / YYYY | $ 140,000.00 | | $ 140,000.00 |
| 21. **Finished goods, including goods held for resale** <br> 15,335 cases | 03/21/2024 <br> MM / DD / YYYY | $ 743,458.00 | | $ 743,458.00 |
| 22. **Other inventory or supplies** <br> 20 foot Gameday Bottle Inflatables (8) | MM / DD / YYYY | $ 28,000.00 | | $ 28,000.00 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                            $ 6,519,533.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish <br> | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> | $ | | $ |

Debtor    Never Forget Brands, LLC _____    Case number (if known)_____
           Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Lenovo Thinkpad Laptop X260 | $_____ | _____ | $ 50.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 50.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Never Forget Brands, LLC
Name _____    Case number (if known)_____

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2021 Trailer Connection 5X8SA | $ 3,299.00 | | $ 3,299.00 |
| 47.2  2019 Freedom Trailer 6X10SA - VIN 5WKBE1017K1058607 | $ 15,500.00 | | $ 15,500.00 |
| 47.3  2021 18 foot Trailer - Gameday - VIN 1G9G16D95MC481042 | $ 72,036.04 | | $ 72,036.04 |
| 47.4 | $ | | $ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49.  Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 90,835.04

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   Never Forget Brands, LLC
Name

Case number (*if known*)_____

---

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   | $_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☐ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Exhibit 60 | $_____ | | 5,000,000.00<br>$_____ |
| 61. **Internet domain names and websites**<br>See Exhibit 61 | $_____ | | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>Distillers Spirits Permit | 1,000,000.00<br>$_____ | | 1,000,000.00<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>TTB Colas & Flavor Formations for RTDs | $_____ | | Unknown<br>$_____ |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | $ 6,000,000.00 |

---

Debtor    Never Forget Brands, LLC _____    Case number *(if known)*_____
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    0.00 — 0.00    = ➡    $ 0.00
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

possible unused NOLs _____    Tax year 2023 _____    $ Unknown

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

Personal life insurance policy - Zach David (SBA collateral) _____    $ 2,257,000.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

**Nature of claim** _____

**Amount requested** $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim** _____

**Amount requested** $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 2,257,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Never Forget Brands, LLC
_____
Name

Case number (if known)_____

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,841.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 6,519,533.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 50.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 90,835.04 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 6,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 2,257,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 14,870,259.04 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................... | 14,870,259.04 | $ 14,870,259.04 |

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 8



WebTMS

# Trademark Records By Owner

| Owner | Trademark | | Country | Application No | Application Date | Registration No | Registration Date | Int. Classes | Trademark Status |
|---|---|---|---|---|---|---|---|---|---|
| David, Zach | GAMEDAY | Gameday | United States of America | 88230049 | Dec 14 2018 | 5945876 | Dec 24 2019 | 33 | Registered |
| **NEVER FORGET BRANDS LLC** | | | | | | | | | |
| Never Forget Brands, LLC | NEVER FORGET BRANDS Y | | United States of America | 97172936 | Dec 15 2021 | | | 32 | Pending |
| Never Forget Brands, LLC | CINDERELLA STORY | | United States of America | 90030318 | Jul 1 2020 | 6907634 | Nov 22 2022 | 33 | Registered |
| Never Forget Brands, LLC | CLEAT CHASER | CLEAT CHASER | United States of America | 90030317 | Jul 1 2020 | 6907633 | Nov 22 2022 | 33 | Registered |
| Never Forget Brands, LLC | GAMEDAY (stylized) | GAME DAY | United States of America | 97448335 | Jun 8 2022 | | | 10 | Pending |
| Never Forget Brands, LLC | HYDROLYTE | | United States of America | 90748718 | Jun 2 2021 | | | 33 | Pending |
| Never Forget Brands, LLC | SPIRIT OF THE PITCH | SPIRIT OF THE PITCH | United States of America | 97171094 | Dec 14 2021 | | | 33 | Pending |
| Never Forget Brands, LLC | THE OFFICIAL SPONSOR OF THE TIMEOUT | THE OFFICIAL SPONSOR OF THE TIMEOUT | United States of America | 90281802 | Oct 27 2020 | | | 21, 25, 32, 33 | Pending |

| Owner | Mark | Country | Serial No. | Filing Date | Reg. No. | Reg. Date | Class | Status |
|---|---|---|---|---|---|---|---|---|
| Never Forget Brands, LLC | Y | United States of America | 90281788 | Oct 27 2020 | | | 33 | Pending |
| Never Forget Brands, LLC | YOUR TOWN. YOUR TEAM. | United States of America | 90382523 | Dec 15 2020 | | | 21, 33 | Pending |
| Never Forget Brands, LLC | DAYGAMING | United States of America | 88797375 | Feb 14 2020 | | | 32, 33 | Pending |
| Never Forget Brands, LLC | EVERYDAY IS GAMEDAY | United States of America | 88615615 | Sep 13 2019 | 6739849 | May 24 2022 | 36 | Registered |
| Never Forget Brands, LLC | GAME DAY | United States of America | 88977705 | May 31 2019 | 6082097 | Jun 16 2020 | 21, 33 | Registered |
| Never Forget Brands, LLC | SPIRIT OF THE GAME | United States of America | 88977077 | May 31 2019 | 6049793 | May 5 2020 | 21, 33 | Registered |
| Never Forget Brands, LLC | THE GOAT | United States of America | 90303315 | Jul 1 2020 | 6907632 | Nov 22 2022 | 33 | Registered |
| Never Forget Brands, LLC | UNDISPUTED | United States of America | 88837241 | Mar 17 2020 | 6859991 | Sep 27 2022 | 21, 32, 33 | Registered |
| Never Forget Brands, LLC | Y | United States of America | 88977039 | May 31 2019 | 6035622 | Apr 14 2020 | 21, 25, 33 | Registered |

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,347,243**

**Registered Apr. 02, 2024**

**Int. Cl.: 33**

**Trademark**

**Principal Register**

Never Forget Brands, LLC.  (SOUTH CAROLINA LIMITED LIABILITY COMPANY)
2202 Waterway Blvd.
Isle of Palms, SOUTH CAROLINA 29451

CLASS 33: Hard seltzer

FIRST USE 6-20-2022; IN COMMERCE 6-20-2022

The mark consists of a stylized letter "Y" in the shape of a football goalpost.

SER. NO. 90-281,788, FILED 10-27-2020



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 61 TO SCHEDULES

# INTERNET DOMAIN NAMES AND WEBSITES

www.gamedayspirit.com

www.gamedayspirits.com

www.gamedaywhisky.com

www.neverforgetbrands.com

www.gamedayspiked.com

www.gamedayrum.com

www.undisputedbourbon.comn

www.gamedayvodka.com

www.gamedaybourbon.com

## SOCIAL MEDIA CHANNELS

| Platform | User Name | Status |
|----------|-----------|--------|
| Instagram | GameDayVodka<br>GameDayBourbon<br>GameDayFoundation<br>GameDaySpirits<br>GameDaySpiked | active account |
| FaceBook | GameDayVodka | active account |
| TikTok | GameDayVodka | active account |
| LinkedIn | GameDayVodka | active account |
| Twitter | GameDayVodka | active account |
| Pintrest | GameDayVodka | active account |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Never Forget Brands, LLC |
| United States Bankruptcy Court for the: | District of South Carolina |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| 2550 Summerville Property Owner, LLC | 207,000 cases of raw inventory | $ 155,000.00 | $ 5,178,550.00 |

Creditor's mailing address
2550 W. 5th North Street
Building 13, Summerville, SC 29483

Creditor's email address, if known

Describe the lien
warehouse lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Bonnie Matthew | 224,323 cases, 4 Proprietary Glass Bottle Molds, 15,335 cases, 20 foot Gameday Bottle Inflatables (8), Distillers Spirits Permit, TTB Colas & Flavor Formations for RTDs, Personal life insurance policy - Zach David (SBA collateral), trailers, tee shirts, inflatables, tents, point of sale, corn hole, tee shirts, inflatables, tents, point of sale, | $41,000.00 | $14,779,374.00 |

Creditor's mailing address
19120 Sanctuary Drive
Chagrin Falls, OH 44246

Creditor's email address, if known

Describe the lien
UCC, UCC

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

Fountainhead SBF LLC, 1st;
CHTD Company (Paypal Loan),

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 4,877,624.00

Debtor      Never Forget Brands, LLC                                    Case number *(if known)*_____
             Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**  **Creditor's name**
CHTD Company (Paypal Loan)

**Describe debtor's property that is subject to a lien**

224,323 cases, 4 Proprietary Glass Bottle Molds, 15,335 cases, 20 foot Gameday Bottle Inflatables (8), Distillers Spirits Permit, TTB Colas & Flavor Formations for RTDs, Personal life insurance policy - Zach David (SBA collateral), trailers, tee shirts, inflatables, tents, point of sale, corn hole, tee shirts, inflatables, tents, point of sale, cups, possible unused NOLs, See Exhibit 60, See Exhibit 61

$16,874.00          $14,779,374.00

**Creditor's mailing address**

P.O. Box 2576
Springfield, IL 62708

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe the lien**
UCC, substantially all assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**  **Creditor's name**
Fountainhead SBF LLC

**Describe debtor's property that is subject to a lien**

224,323 cases, 4 Proprietary Glass Bottle Molds, 15,335 cases, 20 foot Gameday Bottle Inflatables (8), Distillers Spirits Permit, TTB Colas & Flavor Formations for RTDs, Personal life insurance policy - Zach David (SBA collateral), trailers, tee shirts, inflatables, tents, point of sale, corn hole, tee shirts, inflatables, tents, point of sale, cups, possible unused NOLs, See Exhibit 60, See Exhibit 61

$2,000,000.00          $14,779,374.00

**Creditor's mailing address**

3216 W. Lake Mary Blvd.
Lake Mary, FL 32746

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe the lien**
UCC; SBA Loan, substantially all assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor ___Never Forget Brands, LLC_____    Case number *(if known)*_____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Column A** Amount of claim. Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5**

**Creditor's name**
Kathryn Tatman
_____

**Creditor's mailing address**
_____
6999 St. Ives Blvd.
_____
Hudson, OH 44246
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines _2.2_

**Describe debtor's property that is subject to a lien**

224,323 cases, 4 Proprietary Glass Bottle Molds, 15,335 cases, 20 foot Gameday Bottle Inflatables (8), Distillers Spirits Permit, TTB Colas & Flavor Formations for RTDs, Personal life insurance policy - Zach David (SBA collateral), trailers, tee shirts, inflatables, tents, point of sale, corn hole, tee shirts, inflatables, tents, point of sale, cups, possible unused NOLs, See Exhibit 60, See Exhibit 61

**Describe the lien**
UCC, substantially all assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$110,000.00        $14,779,374.00

---

**2.6**

**Creditor's name**
MainOcean Carolinas, LLC
_____

**Creditor's mailing address**
_____
5801 N. Rhett Avenue
_____
Building 2, Charleston, SC 29410
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

18,000 cases of raw inventory

**Describe the lien**
, warehouse inventory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$65,000.00        $429,525.00

Debtor  Never Forget Brands, LLC
_____
Name                                                    Case number *(if known)* _____

| | Column A | Column B |
|---|---|---|
| **Part 1:** | **Amount of claim** | **Value of collateral that supports this claim** |
| **Additional Page** | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** | **Creditor's name**
Marc Donati

_____

**Creditor's mailing address**

303 East Main Street
Saint Charles, IL 60174

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

224,323 cases, 4 Proprietary Glass Bottle Molds, 15,335 cases, 20 foot Gameday Bottle Inflatables (8), Distillers Spirits Permit, TTB Colas & Flavor Formations for RTDs, Personal life insurance policy - Zach David (SBA collateral), trailers, tee shirts, inflatables, tents, point of sale, corn hole, tee shirts, inflatables, tents, point of sale, cups, possible unused NOLs, See Exhibit 60, See Exhibit 61

**Describe the lien**
UCC, substantially all assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $950,000.00
Value of collateral: $14,779,374.00

---

**2.8** | **Creditor's name**
Patricia Clarke

_____

**Creditor's mailing address**

3012 Scarborough Road
Cleveland, OH 44118

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

224,323 cases, 4 Proprietary Glass Bottle Molds, 15,335 cases, 20 foot Gameday Bottle Inflatables (8), Distillers Spirits Permit, TTB Colas & Flavor Formations for RTDs, Personal life insurance policy - Zach David (SBA collateral), trailers, tee shirts, inflatables, tents, point of sale, corn hole, tee shirts, inflatables, tents, point of sale, cups, possible unused NOLs, See Exhibit 60, See Exhibit 61

**Describe the lien**
UCC, substantially all assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $41,000.00
Value of collateral: $14,779,374.00

---

Debtor      Never Forget Brands, LLC
            Name                                                    Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name
Patricia Lopresti

Creditor's mailing address

19120 Sanctuary Drive
Chagrin Falls, OH 44023

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

224,323 cases, 4 Proprietary Glass Bottle Molds, 15,335 cases, 2019 Freedom Trailer 6X10SA - VIN 5WKBE1017K1058607, Distillers Spirits Permit, TTB Colas & Flavor Formations for RTDs, Personal life insurance policy - Zach David (SBA collateral), trailers, tee shirts, inflatables, tents, point of sale, corn hole, tee shirts, inflatables, tents, point of sale, cups, possible unused NOLs, See Exhibit 60, See

$41,000.00        $14,766,874.00

**Describe the lien**
UCC, substantially all assets

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** Creditor's name
Scott Pierce

Creditor's mailing address

4  9th Avenue
Isle of Palms, SC 29451

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☒ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

224,323 cases, 4 Proprietary Glass Bottle Molds, 15,335 cases, 20 foot Gameday Bottle Inflatables (8), Distillers Spirits Permit, TTB Colas & Flavor Formations for RTDs, Personal life insurance policy - Zach David (SBA collateral), trailers, tee shirts, inflatables, tents, point of sale, corn hole, tee shirts, inflatables, tents, point of sale, cups, possible unused NOLs, See Exhibit 60, See Exhibit 61

$301,000.00        $14,779,374.00

**Describe the lien**
UCC, substantially all assets

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Never Forget Brands, LLC
          Name                                              Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name
Stephen David

Creditor's mailing address

709 Palm Blvd.
Isle of Palms, SC 29451

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

224,323 cases, 4 Proprietary Glass Bottle Molds, 15,335 cases, 20 foot Gameday Bottle Inflatables (8), Distillers Spirits Permit, TTB Colas & Flavor Formations for RTDs, Personal life insurance policy - Zach David (SBA collateral), trailers, tee shirts, inflatables, tents, point of sale, corn hole, tee shirts, inflatables, tents, point of sale, cups, possible unused NOLs, See Exhibit 60, See Exhibit 61

$ 1,128,000.00    $ 14,779,374.00

**Describe the lien**
UCC, substantially all assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** Creditor's name
Verst Group Logistics, Inc.

Creditor's mailing address

300 Shorland Drive
Walton, KY 41094

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

12,000 cases of finished goods

$ 15,000.00    $ 363,308.00

**Describe the lien**
, warehouse inventory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Never Forget Brands, LLC
Name

Case number *(if known)* _____

## Part 1:    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** Creditor's name
William Seelbach

Creditor's mailing address

45000  S. Woodland Road
Chagrin Falls, OH 44246

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                    ]

  ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**

224,323 cases, 4 Proprietary Glass Bottle Molds, 15,335 cases, 20 foot Gameday Bottle Inflatables (8), Distillers Spirits Permit, TTB Colas & Flavor Formations for RTDs, Personal life insurance policy - Zach David (SBA collateral), trailers, tee shirts, inflatables, tents, point of sale, corn hole, tee shirts, inflatables, tents, point of sale, cups, possible unused NOLs, See Exhibit 60, See Exhibit 61

**Describe the lien**

UCC, substantially all assets

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,750.00    $14,779,374.00

**2.___** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Debtor    Never Forget Brands, LLC _____    Case number *(if known)*_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| G. Wade Leach, III, Esq.<br>Burr & Forman, LLP<br>P.O. Box 11390<br>Columbia, SC, 29211 | Line 2. _6_ | _____ |
| Jane Stoney, Esq.<br>Haynsworth Sinkler Boyd, PA<br>134 Meeting Street, 3rd Floor<br>Charleston, SC, 29401 | Line 2. _1_ | _____ |
| MRS BPO, LLC<br>1930 Olney Avenue<br>Cherry Hill, NJ, 08003 | Line 2. _3_ | _____ |
| Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>1201 Main Street, 22nd Floor<br>Columbia, SC, 29201 | Line 2. _7_ | _____ |
| Sean Markham, Esq.<br>171 Church Street, Suite 330<br>Charleston, SC, 29401 | Line 2. _10_ | _____ |
| U.S. Small Business Administration<br>South Carolina District Office<br>1835 Assembly Street, Suite 1425<br>Columbia, SC, 29201 | Line 2. _4_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

Fill in this information to identify the case:

Debtor _____ Never Forget Brands, LLC _____

United States Bankruptcy Court for the: District of South Carolina

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Commonwealth of Kentucky
Dept of Revenue Business Tax Collections
P.O. Box 591
Frankfort, KY 40601

As of the petition filing date, the claim is: $ 4,093.99        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2022 and 2023

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number    9256

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Commonwealth of Massachusetts
Dept of Revenue, c/o Massachusetts Dept of Revenue
P.O. Box 7089
Boston, MA 02241

As of the petition filing date, the claim is: $ 1,812.60        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2022 and 2023

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number    3264

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Comptroller of Maryland
c/o Taxpayer Service Division
110 Carroll Street
Annapolis, MD 21411

As of the petition filing date, the claim is: $ Unknown        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2022 and 2023

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor  Never Forget Brands, LLC
        Name                                          Case number (if known)

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |

**2.4** **Priority creditor's name and mailing address**
Department of the Treasury
Alcohol and Tobacco Tax
425 Hurffville-Cross Keys Road #8669, US Post Office
Blackwood, NJ 08012

Total claim: $ 50,000.00     Priority amount: $

**Date or dates debt was incurred**
06/01/2021 to 6/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5** **Priority creditor's name and mailing address**
Internal Revenue Service
Payroll Taxes
1111 Constitution Avenue Northwest
Washington, DC 20224

Total claim: $ 250,000.00     Priority amount: $

**Date or dates debt was incurred**
2022 and 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6** **Priority creditor's name and mailing address**
Louisiana Workforce Commission
P.O. Box 94050
Frankfort, KY 40601

Total claim: $ 2,072.80     Priority amount: $

**Date or dates debt was incurred**
2022 and 2023

**Last 4 digits of account number  6322**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7** **Priority creditor's name and mailing address**
Maryland Dept of Labor Division of
Unemployment Insurance c/o Contributions Unit
Legal Services & Collections - 1100 North Eutaw Street
Baltimore, MD 21201

Total claim: $ Unknown     Priority amount: $

**Date or dates debt was incurred**
2022 and 2023

**Last 4 digits of account number  3282**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Never Forget Brands, LLC_____    Case number _(if known)_____
     Name

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Advantage Beverage Solutions
P.O. Box 744224
Atlanta, GA 30374

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,176.55

Date or dates debt was incurred _____

Last 4 digits of account number ___4896___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
AetherNY, LLC
138 Wooster Street, 5th Floor
New York, NY 10012

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 15,000.00

Date or dates debt was incurred _____

Last 4 digits of account number ___1179___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Airgas USA, LLC
5580 Dorchester Road
North Charleston, SC 29418

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,354.02

Date or dates debt was incurred _____

Last 4 digits of account number ___9098___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Amcor Flexibles Capsules Canada, Inc.
2301 Route 112
St-Cesaire JOL 1TO

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 29,380.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
American Express
200 Vesey Street
New York, NY 10285

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 181,183.53

Date or dates debt was incurred _____

Last 4 digits of account number ___1000___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Baltimore Ravens
1 Winning Drive
Owings Mills, MD 21117

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 150,000.00

Date or dates debt was incurred _____

Last 4 digits of account number ___4705___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Never Forget Brands, LLC___   Case number _(if known)_____
        Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.7** Nonpriority creditor's name and mailing address

Bank of America
Mastercard Travel Rewards
P.O. Box 660441
Dallas, TX 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___9652___

$ 35,764.25

---

**3.8** Nonpriority creditor's name and mailing address

Bank of America
Mastercard Travel Rewards
P.O. Box 660441
Dallas, TX 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___5944___

$ 34,215.29

---

**3.9** Nonpriority creditor's name and mailing address

Bella's Promotions & Events, LLC
1961 Menger Circle
Daytona Beach, FL 32119

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___9797___

$ 5,561.19

---

**3.10** Nonpriority creditor's name and mailing address

Brand Muscle, Inc.
233 South Wacker Drive, Suite 5650
Chicago, IL 60606

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 97,047.05

---

**3.11** Nonpriority creditor's name and mailing address

Bristow Beverage Law, LLC
P.O. Box 1253
Johns Island, SC 29457

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___1610___

$ 5,364.82

---

Debtor _____    Case number _(if known)_____
        Never Forget Brands, LLC
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 12   **Nonpriority creditor's name and mailing address**

Buffalo Bills, LLC
One Bills Drive
Orchard Park, NY 14027

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment Liens

$ 560,000.00

**Date or dates debt was incurred** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 13   **Nonpriority creditor's name and mailing address**

Colab Marketing & Events, LLC
2005 Valley Street
Los Angeles, CA 90057

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,699.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 6165

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 14   **Nonpriority creditor's name and mailing address**

Empire Distributors of Tennessee, Inc.
3851 Industrial Parkway
Nashville, TN 37216

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 24,458.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 15   **Nonpriority creditor's name and mailing address**

Fetch Media & Marketing
5141 N. 40th Street, #500
Phoenix, AZ 85018

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 7,156.31

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1222

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 16   **Nonpriority creditor's name and mailing address**

FexEx Corp.
942 South Shady Grove Road
Memphis, TN 38120

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,248.63

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 5175

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Never Forget Brands, LLC
         Name                                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 17    **Nonpriority creditor's name and mailing address**

Friedland Vining, PA
6619 South Dixie Highway #157
Miami, FL 33143

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 30,750.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number    8000

---

**3.** 18    **Nonpriority creditor's name and mailing address**

Gozdecki, Del Giudice & Broccato LLP
One East Wacker, Suite 1700
Chicago, IL 60601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 25,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number    1909

---

**3.** 19    **Nonpriority creditor's name and mailing address**

Hans Kennon
341 Brantley Club Place
Longwood, FL 32779

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 50,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number    _____

---

**3.** 20    **Nonpriority creditor's name and mailing address**

Horizon Beverage Company, Inc.
45 Commerce Way
Norton, MA 02766

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 150,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number    _____

---

**3.** 21    **Nonpriority creditor's name and mailing address**

Impress Media, LLC
5100 NW 17th Avenue
Miami, FL 33142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 513.30

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number    7545

---

Debtor __Never Forget Brands, LLC_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

Indianapolis Colts, Inc.
7001 W. 56th Street
Indianapolis, IN 46254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 110,000.00

---

**3.23** **Nonpriority creditor's name and mailing address**

Izon Accounting
4981 Bacopa Lane South
Saint Petersburg, FL 33715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  accounting

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1750

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,580.00

---

**3.24** **Nonpriority creditor's name and mailing address**

J Miller Consulting, LLC
246 Mayfield Drive
Goose Creek, SC 29445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 0002

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,100.00

---

**3.25** **Nonpriority creditor's name and mailing address**

Kraft Sports and Entertainment, LLC
One Patriot Place
Foxboro, MA 02035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Judgment Liens

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 450,000.00

---

**3.26** **Nonpriority creditor's name and mailing address**

Law offices of L.W. Cooper, Jr.
36 Broad Street
Charleston, SC 29401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 81,503.25

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 7 of 13

Debtor _____
        Never Forget Brands, LLC
        Name

Case number _____
            (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.27** Nonpriority creditor's name and mailing address

Learfield Communications, LLC
P.O. Box 843038
Kansas City, MO 64184

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    9117

$ 2,100,000.00

---

**3.28** Nonpriority creditor's name and mailing address

Lindsay Zahn, PC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  attorney fees owed

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    1536

$ 210.00

---

**3.29** Nonpriority creditor's name and mailing address

Main Street Group, Inc.
640 Main Street
Woodstock, ON N4S8Y5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    1041

$ 4,003.88

---

**3.30** Nonpriority creditor's name and mailing address

McCarthy Reynolds & Penn
P.O. Box 11332
Columbia, SC 29211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  attorney fees owed

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    1749

$ 3,006.50

---

**3.31** Nonpriority creditor's name and mailing address

Motive Marketing Group, Inc.
P.O. Box 11453
Bainbridge Island, WA 98110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    4876

$ 12,630.75

---

Debtor    Never Forget Brands, LLC
Name

Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

New Orleans Saints
5800 Airline Drive
Metairie, LA 70003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    3183

$ 150,000.00

---

**3.33** Nonpriority creditor's name and mailing address

Park Street Imports, LLC
1000 Brickell Avenue
Suite 215
Miami, FL 33131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18,984.79

---

**3.34** Nonpriority creditor's name and mailing address

Pavisa USA, LLC
1989 NW 88 Court, Suite 101
Miami, FL 33172

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,153,742.00

---

**3.35** Nonpriority creditor's name and mailing address

Rad Wear, Inc.
2135 NW 40th Terrace, Suite A
Gainesville, FL 32605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16,970.71

---

**3.36** Nonpriority creditor's name and mailing address

Revel Xp, LLC
P.O. Box 21528
Winston Salem, NC 27120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Judgment Liens

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 377,678.77

---

Debtor  Never Forget Brands, LLC
_____          _____
Name                                              Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.37** **Nonpriority creditor's name and mailing address**

Riser Gibbons & Carpenter, LLP
1417 Remount Road
Charleston, SC 29406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** attorney fees owed

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   5600

$ 8,750.00

---

**3.38** **Nonpriority creditor's name and mailing address**

Shawn Mann Consulting Services
3809 Rosster Ridge Lane
Defiance, MO 63341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   3020

$ 800.00

---

**3.39** **Nonpriority creditor's name and mailing address**

SponsorUnited, Inc.
P.O. Box 986500, Dept. 1490
Boston, MA 02298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   1887

$ 7,500.00

---

**3.40** **Nonpriority creditor's name and mailing address**

Spotlight Ticket Management, Inc.
26635 Agoura Road, Suite 200
Calabasas, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,834.80

---

**3.41** **Nonpriority creditor's name and mailing address**

Stadium Management Compnay
1701 Bryant Street
Denver, CO 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   8521

$ 500,000.00

---

Debtor _____Never Forget Brands, LLC_____    Case number _(if known)_____
　　　　　　Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.42** Nonpriority creditor's name and mailing address

Tervis, Inc.
201 Triple Diamond Blvd.
Nokomis, FL 34275

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,003.88

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number    0753

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

The Acceleration Group, LLC
4 Market Square Street
Apt. 403
Knoxville, TN 37902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,016,018.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

US Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97,400.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Wyatt Early Harris Wheeler
Attorneys at Law
1912 Eastchester Drive, Suite 400
High Point, NC 27265

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,000.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number    2166

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____Never Forget Brands, LLC_____     Case number _(if known)_____
            Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Alexander M. Bullock, Esq.<br>701 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC, 20004 | Line 3.36<br>☐ Not listed. Explain: | _____ |
| 4.2. | Altus Receivables Management<br>2121 Airline Drive, Suite 520<br>Metairie, LA, 70001 | Line 3.13<br>☐ Not listed. Explain | _____ |
| 4.3. | Debt Collectors International<br>2200 Lucien Way, Suite 195<br>Maitland, FL, 32751 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.4. | Jacob D. Kea, Esq.<br>Nelson Mullins Riley & Scarborough, LLP<br>1320 Main Street, 17th Floor<br>Columbia, SC, 29201 | Line 3.25<br>☐ Not listed. Explain | _____ |
| 41. | Jeffrey Reina, Esq.<br>Lipsitz Green Scime Cambria, LLP<br>42 Delaware Avenue, Suite 120<br>Buffalo, NY, 14202 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.5. | Richard Keshian, Esq.<br>Kilpatrick Townsend & Stockton, LLP<br>1001 W 4th Street<br>Winston Salem, NC, 27101 | Line 3.36<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor    Never Forget Brandy, LLC    Case number (if known)
Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 307,979.39 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 8,538,589.80 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 8,846,569.19 |

**Fill in this information to identify the case:**

Debtor name _Never Forget Brands, LLC_

United States Bankruptcy Court for the: _District of South Carolina_

Case number (If known): _____    Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | warehouse lease | Main Ocean Carolinas, LLC<br>5801 N. Rhett Avenue<br>Building 2<br>Charleston, SC, 29410 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | warehouse lease | Verst Group Logistics, Inc.<br>300 Shorland Drive<br>Walton, KY, 41094 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | warehouse lese: TERMINATED but contains Debtor's inventory | 2550 Summerville Property Owner, LLC<br>2550 W. 5th North Street<br>Building 13<br>Summerville, SC, 29483 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | handles invoices on beverage alcohol company | Empire Distributors of Tennessee, Inc.<br>3851 Industrial Parkway<br>Nashville, TN, 37218 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | contribution and exchange agreement to acquire company | Paradise Equity Partners<br>101 S. Tryon Street, 27th Floor<br>Charlotte, NC, 28202 |

| Debtor | Never Forget Brands, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | storage facility for assets | Westpointe BEW Braunfels Self Storage 1864 Independence Drive New Braunfels, TX, 78132 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | financial advisory and investment banking services | ML Advisory, LLC 300 Shortland Drive Walton, KY, 41094 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | broker for Paradise Equity Partners re contribution and exchange agreement | UpCapital Investments Corp. 1830 W. 33rd Avenue Vancouver, BC, V6M 1B2 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | handles invoices on beverage alcohol company | Park Street Imports, LLC 1000 Brickell Avenue, Suite 215 Miami, FL, 33131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | storage facility for assets | Apopka Self Storage 2106 Plymouth-Sorrento Road Apopka, FL, 32712 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | bonded warehouse company | Verst Group Logistics, Inc. 300 Shorland Drive Walton, KY, 41094 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  _Never Forget Brands, LLC_

United States Bankruptcy Court for the:  _District of South Carolina_

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Zachary David | 2202 Waterway Blvd. Isle Of Palms, SC 29451 | Fountainhead SBF LLC | ☑ D ☐ E/F ☐ G |
| 2.2 Stephen David | 709 Palm Blvd. Isle Of Palms, SC 29451 | Fountainhead SBF LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Carolyn David | 709 Palm Blvd. Isle Of Palms, SC 29451 | Fountainhead SBF LLC | ☑ D ☐ E/F ☐ G |
| 2.4 Raymond Horal | 533 Balmoral Road Winter Park, FL 32789 | Fountainhead SBF LLC | ☑ D ☐ E/F ☐ G |
| 2.5 Zachary David | 2202 Waterway Blvd. Isle Of Palms, SC 29451 | CHTD Company (Paypal I | ☑ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _Never Forget Brands, LLC_

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _01/01/2024_<br>MM / DD / YYYY to | Filing date | ☑ Operating a business<br>☐ Other | $_____0.00 |
| **For prior year:** | From _01/01/2023_<br>MM / DD / YYYY to | _12/31/2023_<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____773,657.00 |
| **For the year before that:** | From _01/01/2022_<br>MM / DD / YYYY to | _12/31/2022_<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____987,997.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | Never Forget Brands, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

| Debtor | Never Forget Brands, LLC | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Revel Xp, LLC v. Never Forget Brands, LLC <br><br> **Case number** <br><br> 2024-CP-10-00245 | Judgment | Charleston County Common Pleas | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| 7.2. | Kraft Sports & Equipment v. Never Forget Brands and Gameday Vodka <br><br> **Case number** <br><br> 2023-CP-10-05856 | Judgment | Charleston County Common Pleas | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

---

Debtor  Never Forget Brands, LLC
        _____
        Name

Case number (if known)_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Never Forget Brands, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Barton Brimm, PA | $15,000 attorney fee; $1,738.00 filing fee | 5/24/2024 | $ 16,738.00 |
| | **Address** | | | |
| | P.O. Box 14805 Myrtle Beach, SC 29587 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

---

Debtor     Never Forget Brands, LLC
      Name
Case number (if known)_____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 4100 Carolina Commerce Parkway Suite 102 Ladson, SC 29456 | From | 01/01/2021 | To 12/01/2021 |
| 14.2. | | From | _____ | To _____ |

---

| Debtor | Never Forget Brands, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | Never Forget Brands, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America<br>Name<br>P.O. Box 15284<br>Wilmington, DE 19850 | XXXX– 9857 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 03/01/2024 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Westpointe Bew Braunfels Self Storage<br>Name<br>1864 Independence Drive<br>New Braunfels, TX 78132 | Zach David & JJ Nessbit | corn hole, tee shirts, inflatables, tents, point of sale, cups | ☐ No<br>☑ Yes |
| Address<br>2202 Waterway Blvd.<br>Isle Of Palms, SC 29451 | | | |

Debtor   Never Forget Brands, LLC
_____
Name                                                     Case number (if known)_____

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| Zach David<br>——————————————<br>Name<br>2202 Waterway Blvd.<br>Isle Of Palms, SC 29451 | Bank account | Mr. David's personal bank account was closed, and he deposited funds into Debtor's account. He has used his personal funds as needed. Remaining balance is from his personal funds. | $ 2,841.00 |

| **Part 12:** | **Details About Environmental Information** |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| ————————————— | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| ————————————— | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| —————————————<br>Name | —————————————<br>Name | | ——————— |

Debtor    Never Forget Brands, LLC
          _____     Case number *(if known)*_____
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Everyday is Gameday Foundation, Inc.<br>Name<br>2202 Waterway Blvd.<br>Isle Of Palms, SC 29451 | 501c charity | EIN: _____<br>**Dates business existed**<br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____   To _____ |

---

| Debtor | Never Forget Brands, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

#### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Riser, Gibbons & Carpenter, LLP | From 01/01/2021 |
| | Name | To 06/24/2024 |
| | 1417 Remount Road, North Charleston, SC  29406 | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | Izon Accounting & Bookkeeping | From 01/01/2022 |
| | Name | To 12/31/2023 |
| | 4981 Bacopa Lane South, St. Petersburg, FL  33715 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Riser, Gibbons & Carpenter, LLP | From _____ |
| | Name | To _____ |
| | 1417 Remount Road, North Charleston, SC  29406 | |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | Izon Accounting & Bookkeeping | From _____ |
| | Name | To _____ |
| | 4981 Bacopa Lane South, St. Petersburg, FL  33715 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Riser, Gibbons & Carpenter, LLP | |
| | Name | |
| | 1417 Remount Road, North Charleston, SC  29406 | |

Debtor      Never Forget Brands, LLC
_____
            Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.   Izon Accounting & Bookkeeping
         _____
         Name
         4981 Bacopa Lane South, St. Petersburg, FL  33715

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.   _____
         Name

| Name and address |
|---|

26d.2.   _____
         Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   _____
        Name

Debtor    Never Forget Brands, LLC
_____    Case number *(if known)*_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2. _____ | | |
| Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor    Never Forget Brands, LLC _____    Case number (*if known*)_____
　　　　　Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 _____ Name | | _____ |
| | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/10/2024
　　　　　　　 MM / DD / YYYY

✘ /s/ Zachary David _____    Printed name    Zachary David _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| Debtor Name | Never Forget Brands, LLC | Case number *(if known)*_____ |

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Buffalo Bills, LLC v. Never Forget Brands and Gameday Vodka**

**2023-CP-10-05692**

**Judgment**

**Charleston County Common Pleas**

**Concluded**

-------

**Marc Donati v. Never Forget Brands and Gameday Vodka**

**2023-CP-10-05376**

**Charleston County Common Pleas**

**Pending**

-------

**MainOcean Carolinas, LLC v.  Never Forget Brands, LLC**

**2024-CP-10-01515**

**Charleston County Common Pleas**

**Pending**

-------

**2550 Summerville Property Owner, LLC v. Never Forget Brands, LLC**

**2024CV-18-10-302519**

**Magistrate Court Dorchester County**

**Pending**

-------

**20) Off-premises storage**

**Apopka Self Storage**                    **2106 Plymouth Sorrento Road, Apopka, FL 32712**

**Fill in this information to identify the case and this filing:**

Debtor Name _Never Forget Brands, LLC_

United States Bankruptcy Court for the: _District of South Carolina_

Case number (_If known_): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ _Schedule A/B: Assets–Real and Personal Property_ (Official Form 206A/B)
- ☑ _Schedule D: Creditors Who Have Claims Secured by Property_ (Official Form 206D)
- ☑ _Schedule E/F: Creditors Who Have Unsecured Claims_ (Official Form 206E/F)
- ☑ _Schedule G: Executory Contracts and Unexpired Leases_ (Official Form 206G)
- ☑ _Schedule H: Codebtors_ (Official Form 206H)
- ☑ _Summary of Assets and Liabilities for Non-Individuals_ (Official Form 206Sum)
- ☐ Amended _Schedule _____
- ☑ _Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders_ (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _07/10/2024_          ✘ /s/ Zachary David
MM / DD / YYYY          Signature of individual signing on behalf of debtor

Zachary David
Printed name

Manager
Position or relationship to debtor

United States Bankruptcy Court

District of South Carolina

In re:  Never Forget Brands, LLC

                                                                      Case No.

                                                                      Chapter    11

                        Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____07/10/2024_____

/s/ Zachary David
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor

2550 Summerville Property Owner, LLC
2550 W. 5th North Street
Building 13
Summerville, SC 29483

Advantage Beverage Solutions
P.O. Box 744224
Atlanta, GA 30374

AetherNY, LLC
138 Wooster Street, 5th Floor
New York, NY 10012

Airgas USA, LLC
5580 Dorchester Road
North Charleston, SC 29418

Alexander M. Bullock, Esq.
701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20004

Altus Receivables Management
2121 Airline Drive, Suite 520
Metairie, LA 70001

Amcor Flexibles Capsules Canada, Inc.
2301 Route 112
St-Cesaire JOL 1TO,

American Express
200 Vesey Street
New York, NY 10285

Apopka Self Storage
2106 Plymouth-Sorrento Road
Apopka, FL 32712

Baltimore Ravens
1 Winning Drive
Owings Mills, MD 21117

Bank of America
Mastercard Travel Rewards
P.O. Box 660441
Dallas, TX 75266

Bella's Promotions & Events, LLC
1961 Menger Circle
Daytona Beach, FL 32119

Bonnie Matthew
19120 Sanctuary Drive
Chagrin Falls, OH 44246

Brand Muscle, Inc.
233 South Wacker Drive, Suite 5650
Chicago, IL 60606

Bristow Beverage Law, LLC
P.O. Box 1253
Johns Island, SC 29457

Buffalo Bills, LLC
One Bills Drive
Orchard Park, NY 14027

Carolyn David
709 Palm Blvd.
Isle Of Palms, SC 29451

CHTD Company (Paypal Loan)
P.O. Box 2576
Springfield, IL 62708

Colab Marketing & Events, LLC
2005 Valley Street
Los Angeles, CA 90057

Commonwealth of Kentucky
Dept of Revenue Business Tax Collections
P.O. Box 591
Frankfort, KY 40601

Commonwealth of Massachusetts
Dept of Revenue, c/o Massachusetts Dept
P.O. Box 7089
Boston, MA 02241

Comptroller of Maryland
c/o Taxpayer Service Division
110 Carroll Street
Annapolis, MD 21411

Debt Collectors International
2200 Lucien Way, Suite 195
Maitland, FL 32751

Department of the Treasury
Alcohol and Tobacco Tax
425 Hurffville-Cross Keys Road #8669, US
Blackwood, NJ 08012

Empire Distributors of Tennessee, Inc.
3851 Industrial Parkway
Nashville, TN 37216

Empire Distributors of Tennessee, Inc.
3851 Industrial Parkway
Nashville, TN 37218

Fetch Media & Marketing
5141 N. 40th Street, #500
Phoenix, AZ 85018

FexEx Corp.
942 South Shady Grove Road
Memphis, TN 38120

Fountainhead SBF LLC
3216 W. Lake Mary Blvd.
Lake Mary, FL 32746

Friedland Vining, PA
6619 South Dixie Highway #157
Miami, FL 33143

G. Wade Leach, III, Esq.
Burr & Forman, LLP
P.O. Box 11390
Columbia, SC 29211

Gozdecki, Del Giudice & Broccato LLP
One East Wacker, Suite 1700
Chicago, IL 60601

Hans Kennon
341 Brantley Club Place
Longwood, FL 32779

Horizon Beverage Company, Inc.
45 Commerce Way
Norton, MA 02766

Impress Media, LLC
5100 NW 17th Avenue
Miami, FL 33142

Indianapolis Colts, Inc.
7001 W. 56th Street
Indianapolis, IN 46254

Internal Revenue Service
Payroll Taxes
1111 Constitution Avenue Northwest
Washington, DC 20224

Izon Accounting
4981 Bacopa Lane South
Saint Petersburg, FL 33715

J Miller Consulting, LLC
246 Mayfield Drive
Goose Creek, SC 29445

Jacob D. Kea, Esq.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Columbia, SC 29201

Jane Stoney, Esq.
Haynsworth Sinkler Boyd, PA
134 Meeting Street, 3rd Floor
Charleston, SC 29401

Jeffrey Reina, Esq.
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

Kathryn Tatman
6999 St. Ives Blvd.
Hudson, OH 44246

Kraft Sports and Entertainment, LLC
One Patriot Place
Foxboro, MA 02035

Law offices of L.W. Cooper, Jr.
36 Broad Street
Charleston, SC 29401

Learfield Communications, LLC
P.O. Box 843038
Kansas City, MO 64184

Lindsay Zahn, PC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601

Louisiana Workforce Commission
P.O. Box 94050
Frankfort, KY 40601

Main Ocean Carolinas, LLC
5801 N. Rhett Avenue
Building 2
Charleston, SC 29410

Main Street Group, I nc.
640 Main Street
Woodstock, ON N4S8Y5,

MainOcean Carolinas, LLC
5801 N. Rhett Avenue
Building 2
Charleston, SC 29410

Marc Donati
303 East Main Street
Saint Charles, IL 60174

Mary M. Caskey, Esq.
Haynsworth Sinkler Boyd, PA
1201 Main Street, 22nd Floor
Columbia, SC 29201

Maryland Dept of Labor Division of
Unemployment Insurance c/o Contributions
Legal Services & Collections - 1100 Nort
Baltimore, MD 21201

McCarthy Reynolds & Penn
P.O. Box 11332
Columbia, SC 29211

ML Advisory, LLC
300 Shortland Drive
Walton, KY 41094

Motive Marketing Group, Inc.
P.O. Box 11453
Bainbridge Island, WA 98110

MRS BPO, LLC
1930 Olney Avenue
Cherry Hill, NJ 08003

New Orleans Saints
5800 Airline Drive
Metairie, LA 70003

Paradise Equity Partners
101 S. Tryon Street, 27th Floor
Charlotte, NC 28202

Park Street Imports, LLC
1000 Brickell Avenue
Suite 215
Miami, FL 33131

Park Street Imports, LLC
1000 Brickell Avenue, Suite 215
Miami, FL 33131

Patricia Clarke
3012 Scarborough Road
Cleveland, OH 44118

Patricia Lopresti
19120 Sanctuary Drive
Chagrin Falls, OH 44023

Pavisa USA, LLC
1989 NW 88 Court, Suite 101
Miami, FL 33172

Rad Wear, Inc.
2135 NW 40th Terrace, Suite A
Gainesville, FL 32605

Raymond Horal
533 Balmoral Road
Winter Park, FL 32789

Revel Xp, LLC
P.O. Box 21528
Winston Salem, NC 27120

Richard Keshian, Esq.
Kilpatrick Townsend & Stockton, LLP
1001 W 4th Street
Winston Salem, NC 27101

Riser Gibbons & Carpenter, LLP
1417 Remount Road
Charleston, SC 29406

Scott Pierce
4  9th Avenue
Isle of Palms, SC 29451

Sean Markham, Esq.
171 Church Street, Suite 330
Charleston, SC 29401

Shawn Mann Consulting Services
3809  Rosster Ridge Lane
Defiance, MO 63341

SponsorUnited, I nc.
P.O. Box 986500, Dept. 1490
Boston, MA 02298

Spotlight Ticket Management, Inc.
26635 Agoura Road, Suite 200
Calabasas, CA 91302

Stadium Management Compnay
1701 Bryant Street
Denver, CO 80204

Stephen David
709 Palm Blvd.
Isle of Palms, SC 29451

Stephen David
709 Palm Blvd.
Isle Of Palms, SC 29451

Tervis, Inc.
201 Triple Diamond Blvd.
Nokomis, FL 34275

The Acceleration Group, LLC
4 Market Square Street
Apt. 403
Knoxville, TN 37902

U.S. Small Business Administration
South Carolina District Office
1835 Assembly Street, Suite 1425
Columbia, SC 29201

UpCapital Investments Corp.
1830 W. 33rd Avenue
Vancouver, BC, V6M 1B2,

US Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

Verst Group Logistics, Inc.
300 Shorland Drive
Walton, KY 41094

Westpointe BEW Braunfels
Self Storage
1864 Independence Drive
New Braunfels, TX 78132

William Seelbach
45000  S. Woodland Road
Chagrin Falls, OH 44246

Wyatt Early Harris Wheeler
Attorneys at Law
1912 Eastchester Drive, Suite 400
High Point, NC 27265

Zachary David
2202 Waterway Blvd.
Isle Of Palms, SC 29451

# United States Bankruptcy Court

District of South Carolina

In re Never Forget Brands, LLC

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 15,000.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 400.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

See Employment Application.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  See Employment Application

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/10/2024

*Date*

/s/ Christine E. Brimm, SC 6569 / FED 6313

*Signature of Attorney*

Barton Brimm, PA

*Name of law firm*
P.O. Box 14805
Myrtle Beach, SC 29587

### ATTACHMENT TO DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

| | |
|---|---|
| Retainer Amount | $15,000.00 |
| Filing Fee | $1,738.00 |
| | $16,738.00 |
| Amount applied to Pre-Petition Fees for time in May and June 2024 (7/9/24) | -$5,138.00 |
| Amount applied to Pre-Petition Fees for time in July 2024 (7/9/24) | -$3,975.00 |
| Amount applied for filing Fee | -$1,738.00 |
| RETAINER BALANCE | $5,887.00 |

DocuSign Envelope ID: E1EAEE6C-4D6A-4904-8481-21C1D7845DB

**CHRISTINE E. BRIMM**
*Certified Specialist in Bankruptcy*
*and Debtor-Creditor Law*

cbrimm@bartonbrimm.com

# BB
## BARTON • BRIMM

**BARBARA GEORGE BARTON**
*Retired*

**P.O. Box 14805**
**Myrtle Beach, SC 29587**

**(803) 256-6582**
**www.bartonbrimm.com**

July 3, 2024

Never Forget Brands LLC
c/o Zach David
**VIA E-MAIL @ zach@gamedayspirits.com**

Re: Modified Agreement for Legal Services

Dear Mr. David:

This modifies the prior Agreement for Legal Services dated May 22, 2024, between Never Forget Brands LLC (the "Company") and Barton Brimm, PA (the "Firm"). The prior agreement referenced a Chapter 7 bankruptcy filing. The Company has since determined that it will file a Chapter 11 bankruptcy, rather than Chapter 7, if bankruptcy is deemed necessary and/or advisable.

The Company understands that time incurred relating to a Chapter 11 case, including any advice and counseling prior to any such filing, will be billed on an hourly basis, plus expenses, and will not be on the flat-fee basis that was quoted for a Chapter 7 case.

The Firm has received an initial retainer in the amount of $15,000.00 (the "Retainer"), which was originally for the Chapter 7 flat fee. This Retainer will now be used for time incurred relating to the representation of the Company on an hourly basis, plus expenses. Time incurred prior to July 2024 will be billed at the Firm's hourly rates described herein and deducted from the Retainer, along with the Firm's prior expenses, if any. Beginning with time and expenses incurred in July 2024 and thereafter, the Firm shall send an informational invoice to you including a detailed daily description of its time, charges and reimbursable expenses by the fifteenth (15th) day of each month for services performed and expenses incurred during the preceding calendar month. The Firm shall charge against its Retainer the invoice amount on the date each invoice is sent or, after a bankruptcy is filed, only upon approval by the Bankruptcy Court. Fees shall be charged for the time expended by attorney Christine Brimm at the rate of $400.00 per hour and by paralegal Connie Fraser at the rate of $150.00 per hour. If the Firm increases its hourly rates at any time during the course of this representation, the higher rate shall be deemed substituted for the initial rates described in this agreement.

The Retainer is for legal services only and does not include the Chapter 11 filing fee of $1,738.00 to be paid to the Bankruptcy Court, or any additional fees which may arise during the course of the bankruptcy. The Firm may request that the Retainer be replenished from time to time, as needed, and the Company agrees to provide such additional Retainer amounts as may be requested.

The expenses chargeable against the Retainer may include, among other items, filing fees, deposition expenses, expert witness fees, subpoena and service of process fees, cost of transcripts, document production and reproducing costs, charges for toll and parking, mailing costs, expedited mail or delivery services, fax and telecopier expenses, messenger services, and the cost involved in hiring accountants,

1

DocuSign Envelope ID: E1EAEE6C-4D6A-4904-8481-21C1A7234FDB

actuaries or appraisers if necessary. The Company agrees that, to the extent the Retainer is insufficient to pay the amount incurred in fees and expenses, it will pay all additional amounts as incurred.

**You acknowledge that the Retainer does <u>not</u> represent a fixed amount for the legal representation, but is instead a security retainer. The Company will be billed at the hourly rate for all time incurred in this matter.**

You agree that you will perform fully and conscientiously all of the statutory duties of the debtor under the Bankruptcy Code, and that you will timely comply with all reasonable requests for information or reports requested by the Firm or by the United States Trustee. These duties include gathering and reviewing all of the information necessary for filing a complete and accurate list of all of the Company's creditors, by complete name and address, in the form for a matrix required by the Bankruptcy Court, a schedule of executory contracts and unexpired leases, the statement of financial affairs, and the statement of current income and expenses. You acknowledge that bankruptcy forms are required to be completed with the foregoing information, and further acknowledge that to the extent that the Firm has to redraft or assign its personnel to complete these forms for you, the fees for the Firm's services will be substantially increased beyond the initial Retainer amount.

During the course of this representation, the Firm may require information, documentation or conferences and the Company agrees to provide such information and dedicate such time as may be reasonably requested in order to facilitate maximum benefit from the representation. The Firm agrees to make itself available as reasonably requested by the Company and to provide the Company with information as the representation progresses and as requested by the Company.

Representation pursuant to this agreement does not include representation in any State Court matter or in the following matters, which are hereby expressly excluded. In the event that the Company desires the Firm to represent it in the following matters, should they arise, a separate written retainer agreement and additional fees will be necessary:

1. Adversary proceedings;
2. Appeals;
3. Matters involving material facts not disclosed at the time of this Agreement; and
4. Any other matters or litigation not specifically described herein.

Yours Very Truly,

BARTON BRIMM, PA

/s/Christine E. Brimm

**NEVER FORGET BRANDS, LLC**

_Zach David_      7/3/2024
By: Zach David      Date

**BARTON BRIMM, PA**

_Christine E. Brimm_      7/8/24
Christine E. Brimm, Esq.      Date